UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>TERESA L. LAMENDOLA; FORREST HALL; and Does 1-10,<br><br>        Defendants. | No. 2:14-CV-02145-KJM-DAD<br><br><br>ORDER TO SHOW CAUSE |

        The parties settled this case on March 27, 2015. (ECF No. 14.) The court issued a minute order on the same day, ordering the parties to file dispositional documents no later than April 17, 2015. (ECF No. 15.) As of the date of this order, the parties have neither filed dispositional documents nor requested extensions of time from the court. The court notes that the delay in this case is consistent with the pattern of delays in plaintiff's other cases that have come before this court.

        Accordingly, the parties are hereby ORDERED, within seven (7) days of entry of this order, to show cause why they should not be sanctioned for their failure to comply with this court's order. A failure to respond to this order may result in monetary sanctions or dismissal of the case.

        IT IS SO ORDERED.

DATE: June 8, 2015.

                                                          UNITED STATES DISTRICT JUDGE

1